UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 00975**

| | Plaintiff, |
|---|---|
| ROBERT GARBER, Derivatively on Behalf of JPMORGAN CHASE & CO., | |
| -v- | |
| JAMES DIMON, et al., and JPMORGAN CHASE & CO. | |
| | Defendant. |

Case No. _____

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Robert Garber, Derivatively on behalf JPMorgan Chase    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

JPMorgan Chase & Co., a Delaware Corporation,
270 Park Ave.
New York, NY 10017

Date: 1/28/2008

Signature of Attorney

Attorney Bar Code: LL6919

Form Rule7_1.pdf  SDNY Web 10/2007