USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES SHROFF, Derivatively on Behalf of :
JPMORGAN CHASE & CO.,                   :
                      Plaintiff, :
                                :  08 Civ. 974 (DLC)
        -v-                             :
                                :    ORDER
JAMES DIMON, et al.,                    :
                    Defendants, :
                                :
      -and-                           :
                                :
JPMORGAN CHASE & CO., a Delaware        :
corporation,                            :
                    Nominal   :
                    Defendant.:
----------------------------------------X
ROBERT GARBER, Derivatively on Behalf   :
of JPMORGAN CHASE & CO.,                :
                      Plaintiff, :
                                :
        -v-                             :  08 Civ. 975 (DLC) ←
                                :
JAMES DIMON, et al.,                    :  **DUPLICATE**
                    Defendants, :  **ORIGINAL**
      -and-                           :
JPMORGAN CHASE & CO., a Delaware        :
corporation,                            :
                    Nominal   :
                    Defendant.:
----------------------------------------X

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the parties in the above-captioned actions shall appear for an initial pretrial conference with the Court on May 7, 2008, at 2:00 p.m., at the United States Courthouse,

500 Pearl Street, New York, New York, in Courtroom 11B.

    SO ORDERED:

Dated:    New York, New York
           May 5, 2008

                                      _____
                                          DENISE COTE
                                 United States District Judge