Cote/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) | Master File No. 08 Civ. 974 (DLC) |
| This Document Relates To: ) ) | |
| ALL ACTIONS ) ) ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff James Shroff has determined to voluntarily dismiss his Complaint in Civil Action No. 08 Civ. 974 (DLC) (the "Shroff Action") as set forth in the above stipulation of the parties. Based on the representations set forth therein and good cause appearing, it is hereby ORDERED pursuant to Rule 23.1 of the Federal Rules of Civil Procedure that the Shroff Action shall be, and hereby is, dismissed without prejudice. All parties are to bear their own costs.

DATED: July 16, 2008

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

- 1 -