**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————X

ROBERT GARBER, Derivatively on Behalf of
JPMORGAN CHASE & CO.,

                Plaintiff,

   vs.

JAMES DIMON, INA R. DREW, JAY
MANDELBAUM, CHARLES W. SCHARF,
HEIDI MILLER, STEVEN D. BLACK,
SAMUEL TODD MACLIN, JAMES E.
STALEY, MICHAEL J. CAVANAGH,
WILLIAM T. WINTERS, JOHN F. BRADLEY,
FRANK BISIGNANO, LOUIS
RAUCHENBERGER, LEE R. RAYMOND,
JAMES S. CROWN, WILLIAM H. GRAY, III,
LABAN P. JACKSON, JR., ELLEN V.
FUTTER, DAVID C. NOVAK, STEPHEN B.
BURKE, ROBERT I. LIPP, WILLIAM C.
WELDON, CRANDALL C. BOWLES, DAVID
M. COTE, WILLIAM B. HARRISON, JR.,
WILLIAM H. MCDAVID, JOSEPH L.
SCLAFANI, DON M. WILSON, III, AUSTIN
A. ADAMS, RICHARD J. SREDNICKI,
RICHARD A. MANOOGIAN, JOHN A.
KESSLER and JOHN H. BIGGS,

                Defendants,

  -and-

JPMORGAN CHASE & CO., a Delaware
corporation,

                Nominal Defendant.

———————————————————X

Civil Action No. 1:08CV00975-RWS


**MOTION TO WITHDRAW
APPEARANCE AS ATTORNEY
OF RECORD FOR ROBERT GARBER**

Leigh R. Lasky, of Lasky & Rifkind Ltd., hereby moves for an Order, pursuant to

Local Civil Rule 1.4, withdrawing his appearance as attorney of record for Plaintiff

Robert Garber in the above-captioned matter. In support of this motion, Mr. Lasky

submits the following papers: Notice of Withdrawal of Counsel for Plaintiff Robert

Garber, Declaration of Leigh R. Lasky in Support of the Notice of Withdrawal of

Counsel, and a Proposed Order for Withdrawal of Counsel.

Dated: August 7, 2008
New York, New York

Leigh R. Lasky
Lasky & Rifkind Ltd.
140 Broadway, 23rd Floor
New York, New York 10005
Telephone: (212) 907-0800
Facsimile: (212) 684-6083

350 North LaSalle Street, Suite 1320
Chicago, Illinois 60610
Telephone: (312) 634-0057
Facsimile: (312) 634-0059

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE JPMORGAN & CO., | ) | Master File No. 08 Civ. 974 (DLC) |
| SHAREHOLDER DERIVATIVE | ) | |
| LITIGATION | ) | **DECLARATION OF** |
| | ) | **LEIGH R. LASKY IN SUPPORT** |
| | ) | **OF NOTICE OF WITHDRAWAL** |
| This Document Relates to: | ) | **AS COUNSEL FOR PLAINTIFF** |
| | ) | **ROBERT GARBER** |
| ALL ACTIONS | ) | |
| | ) | |

Leigh R. Lasky, Esq., pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declares as follows:

1.      I am a member of the law firm of Lasky & Rifkind Ltd. ("L&R"), with its offices located at 140 Broadway, 23rd Floor, New York, New York 1005 and 350 N. LaSalle Street, Suite 1350, Chicago, Illinois 60610. I am a member of good standing of the Bar of the State of New York, and am admitted to practice before this Court.

2.      Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I respectfully submit this declaration in support of my Notice of Withdrawal as counsel and attorney of record for Plaintiff Robert Garber in the above-captioned matter.

3.      The withdrawal is on consent, and, in so far as Mr. Garber retained the law firm of Whatley, Drake & Kallas, LLC, additional representation is unnecessary. Further, I am mindful that the Court has expressed concern that Plaintiff not be represented by too many law firms in the derivative litigation. Together with this Declaration I submit a Notice of Substitution that has been signed by Mr. Garber.

4.      On July 9, 2008, this Court stayed the deadline for Plaintiff to file a consolidated complaint. Defendant has yet to file a responsive pleading. In light of the fact that this matter is still at a relatively early stage, I do not believe that the proposed withdrawal of counsel will cause any delay or in any way prejudice the plaintiff in this matter.

5.      I submit herewith a proposed Order Withdrawing the Appearance of Leigh R. Lasky of Lasky & Rifkind Ltd. as counsel and attorney of record in the above-captioned matter.

Dated: August 7, 2008
New York, New York

Leigh R. Lasky

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE JPMORGAN & CO.,       )
SHAREHOLDER DERIVATIVE   )
     LITIGATION             )
                        )
                        )
                        )
                        )
This Document Relates to:       )
                        )
ALL ACTIONS            )
                        )

Master File No. 08 Civ. 974 (DLC)

**NOTICE OF WITHDRAWAL OF**
**COUNSEL FOR**
**PLAINTIFF ROBERT GARBER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Leigh R. Lasky of Lasky & Rifkind Ltd.,

withdraws his Appearance as counsel and attorney in this matter for Robert Garber.

As evidenced below, Plaintiff Garber consents to the withdrawal.

Dated: August 6, 2008
New York, New York

ROBERT GARBER

Robert Garber
605 Park Building
355 5th Ave.
Pittsburgh, PA 15222-2407

Dated August 7, 2008          LASKY & RIFKIND, LTD.
New York, New York

Leigh R. Lasky
Lasky & Rifkind Ltd.
140 Broadway, 23rd Floor
New York, New York 10005
Telephone: (212) 907-0800
Facsimile: (212) 684-6083
-and-
350 North LaSalle Street, Suite 1320
Chicago, Illinois 60610
Telephone: (312) 634-0057
Facsimile: (312) 634-0059

2

# EXHIBIT C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE JPMORGAN & CO.,            )        Master File No. 08 Civ. 974 (DLC)
SHAREHOLDER DERIVATIVE           )
LITIGATION                       )        **PROPOSED ORDER**
                                 )
———————————————————              )
                                 )
This Document Relates to:        )
                                 )
ALL ACTIONS                      )
                                 )
———————————————————              )


UPON the Notice of Withdrawal of Counsel for Plaintiff Garber and upon the

supporting Declaration of Leigh R. Lasky, dated August 7 2008;


IT IS ORDERED that an appearance of Leigh R. Lasky of Lasky & Rifkind Ltd.

as counsel and attorney of record for plaintiff shall be withdrawn.


IT IS FURTHER ORDERED that a copy of this Order shall be served upon all

counsel of record in this case.


Dated: August _____, 2008
New York, New York


                                    _____
                                    Honorable Denise L. Cote
                                    United States District Judge